IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION RECEIVED

MX 26 Sept 86

~~The People of Alabama's Third~~
~~Congressional District, and~~
~~Mark Edwin Layfield,~~
~~Independent Nominee for~~
~~Congress.~~                          )
                          **Plaintiff(s)**
                                      )
                                      )
v.                                    )
                                      )
~~Michael D. Rogers, U.S~~            )
~~Representative and~~                )
~~Jerry Burgess~~                     )
                                      )
                                      )
        **Defendant(s)**              )

2005 SEP 26  P 1: 30

2:06-CV-861-MHT

---

**MOTION TO PROCEED _IN FORMA PAUPERIS_**

Mark  Edwin  Layfield

**Plaintiff(s)** _____

moves this Honorable Court for an order allowing her/him to proceed in this case without

prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached

sworn affidavit in support of the motion.

_____
                    **Plaintiff(s) signature**

SCANNED
MX 9/26/06

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

### District of _____

**Plaintiff**

V.

**Defendant**

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

**CASE NUMBER:**

I, _Mark Edwin Layfield_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _N/A_ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.  Are you currently employed?    ☒ Yes    ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _Layfields Land Sales, Phenix City, Alabama._
    _4,000 per year, commission only._

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a. Business, profession or other self-employment | ☒ Yes | ☐ No |
    | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. Disability or workers compensation payments | ☒ Yes | ☐ No |
    | e. Gifts or inheritances | ☐ Yes | ☒ No |
    | f. Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

1. Veteran's affairs, 2. 1,262.— per month,
3. uncertain.

4. Do you have any cash or checking or savings accounts?    ☒ Yes        ☐ No

   If "Yes," state the total amount. _____ 0 _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   1. Otilia and Audrey Layfield
   2. Wife and child
   3. all income

I declare under penalty of perjury that the above information is true and correct.

Sept   06
_____          _____
Date                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.