In the United States District Court For The Middle District of Alabama
——— Division

Mark Edwin Layfield,
Independent Nominee for
Congress

    Plaintiff(s).

V.

Michael D. Rogers, U.S.
Representative and
Jerry Burgess

    Defendant(s).

RECEIVED
2006 OCT 16 P 12:29

Civil Action No.
2:06 CV 861

Motions:   1. Jury Demand

          2. Proceeding by Most Expeditious Means Available

For the reason as shown in exhibit #1 and that anything less would fail to ~~relief~~ the give just relief.

Date: 16 October 06

Mark Edwin Layfield
Plaintiff(s) Signature

Address:
427 E. Magnolia #39
Auburn, Alabama
36830
334.821.0999

RECEIVED
OCT 18 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## Certificate of Service

I hereby certify that I Mark Edwin Layfield have served the foregoing document upon the defendant Michael D. Rogers by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this 17 day of October, 2006.

_Mark Edwin Layfield_
Plaintiff