**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                              TELEPHONE (334) 954-3600

October 18, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:   Layfield v. Rodgers et al**
**Case Number:  Layfield v. Rodgers et al**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include the certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document #4   filed on    October 16, 2006.**

In the United States District Court For The Middle District of Alabama
———— Division

Mark Edwin Layfield,
Independent Nominee for
Congress)

   Plaintiff (s).

V.

Michael D. Rogers, U.S.
Representative and
Jerry Burgess

   Defendant (s).

RECEIVED
2006 OCT 16  P 12: 29

Civil Action No.
2:06 CV 861

Motions:   1. Jury Demand

2. Proceeding by Most Expeditious Means Available

For the reason as shown in exhibit #1 and that anything less would fail to ~~relief the~~ give just relief.

Date: 16 October 06

Mark Edwin Layfield
Plaintiff (s) Signature
Address:
427 E. Magnolia #39
Auburn, Alabama
36830
334.821.0999

RECEIVED
OCT 18 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## Certificate of Service

I hereby certify that I Mark Edwin Layfield have served the foregoing document upon the defendant Michael D. Rogers by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this 17 day of October, 2006.

Mark Edwin Layfield
Plaintiff