In the United States District Court
Middle District of Alabama

Mark Edwin Layfield
Independent Nominee
for Congress

Civil Action No.
2:06 CV 861

_____ Plaintiff(s).    x

V.                       x

Michael D. Rogers U.S.   x
Representative and       x
Jerry Burgess and Primary Authority
_____ Defendant(s).

*corrected motion
Motions: 1. Jury Demand

2. Proceeding by Most Expeditious Means.

For the reason that the Civil Rights of the People of Alabama's Third Congressional District have been violated with respect to the 1965 Voting Rights Act and the Civil Rights of Mark Edwin Layfield, their Independent Nominee for Congress, have been violated.

Date: 18 October 06

Mark Edwin Layfield
[signature]
Plaintiff(s) Signature
address: 427 E Magnolia
#34, Auburn, AL. 36830

## Certificate of Service

I hereby certify that I Mark Edwin Layfield have served the foregoing document upon the defendant Michael D. Rogers by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this 18 day of October, 2006.

Mark Edwin Layfield
427 E. Magnolia #39
Auburn, AL. 36830
334.821.0999