IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK EDWIN LAYFIELD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-861-MHT |
| | ) |
| MICHAEL D. ROGERS, et al., | ) |
| | ) |
|    Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE AN
ANSWER OR OTHER RESPONSIVE PLEADING**

Defendant United States Representative Michael D. Rogers moves the Court to extend the time allowed for him to file an answer or other responsive pleading from Tuesday, November 7, 2006 until Tuesday, November 28, 2006.

Respectfully submitted this 2nd day of November, 2006.

                                                  s/William B. Sellers
                                                  One of the Attorneys for
                                                  Plaintiff Michael D. Rogers

**OF COUNSEL:**

William B. Sellers (SEL024)
(WSellers@Balch.com)
JoClaudia Moore (MIT033)
JMoore@Balch.com)
Balch & Bingham, LLP
105 Tallapoosa Street
Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

173510.1

Case 2:06-cv-00861-MHT-CSC     Document 9     Filed 11/02/2006     Page 2 of 3

**CERTIFICATE OF SERVICE**

  I hereby certify that I have on this 2nd day of November, 2006 filed with the Clerk of the Court using the CM/ECF system, the foregoing, and also certify that a copy of the foregoing has been served upon the following by United States first-class mail, properly addressed and postage prepaid, on this the 2nd day of November, 2006.

Mr. Mark Edwin Layfield
427 E. Magnolia # 39
Auburn, Alabama  36830

                s/William B. Sellers