Clerk of Federal Court, Montgomery       31 Oct 06

My attorney needs more time to prepare.

Please dismiss this law suite # 2:06 CV 861 without any prejudice.

Mark Leyfield