IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARK EDWIN LAYFIELD, | ) | |
| Independent Nominee for | ) | |
| Congress, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv861-MHT |
| | ) | |
| MICHAEL D. RODGERS, | ) | |
| US Representative, and | ) | |
| JERRY BURGESS, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion for extension of time (doc. no. 9) is denied as moot.

DONE, this the 6th day of November, 2006.


      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE